ELLEN J. SATMARY *v.* PETER C. SATMARY ET AL.

The plaintiff's motion for a review of the trial court's order, dated June 30, 1978, terminating a motion for stay is dismissed by the court.

The plaintiff's motion to complete the record is denied by the court without prejudice to the plaintiff's right to refile a motion for review upon obtaining a transcript of the termination hearing or upon submitting a draft finding and obtaining a finding from the trial court.

The plaintiff's motion for an extension of time in which to file a draft finding is granted by the court provided the draft finding is filed within 30 days of the receipt of the transcript of the termination hearing.

*Mark F. Gross,* in support of the motions.

*Lawrence J. Merly,* in opposition.

Submitted September 1—decided October 4, 1978

ROBERT L. CAULFIELD *v.* HENRY S. NOBLE ET AL.

The plaintiff's motion for a review of the trial court's denial of his motion for rectification of appeal is granted by the court and the relief sought therein is denied.

*Robert L. Caulfield,* pro se, in support of the motion.

Submitted September 1—decided October 4, 1978